

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/16/2020 03:00 PM

COURTROOM 9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:20-bk-05283-CED** | **Chapter 11** | **09/21/2020** |
| **ADVERSARY:** 8:20-ap-00503-CED | | **Pltf Atty:** Lynn Welter Sherman |
| | | **Dft Atty:** Edward J. Peterson |
| **DEBTOR:** Raj S. Ambay | | |

**HEARING:**

Genesis Surgery Center, LLC v. Ambay

Motion to Dismiss Adversary Proceeding Filed by Edward J. Peterson III on behalf of Defendant Raj S. Ambay (related document(s)[1]). (Peterson, Edward) Doc #4

**APPEARANCES:**: Ed Peterson, Lynn Sherman

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Motion to Dismiss Adversary Proceeding Filed by Edward J. Peterson III on behalf of Defendant Raj S. Ambay (related document(s)[1]). (Peterson, Edward) Doc #4-   Continued to 3/8/2021 at 1:30 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.