

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/08/2021 01:30 PM

COURTROOM 9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:20-bk-05283-CED** | **Chapter 11** | 09/21/2020 |
| **ADVERSARY:** 8:20-ap-00503-CED | | **Pltf Atty:** Lynn Welter Sherman |
| | | **Dft Atty:** Edward J. Peterson |

**DEBTOR:**   Raj S. Ambay

**HEARING:**

Genesis Surgery Center, LLC v. Ambay

Continued Motion to Dismiss Adversary Proceeding Filed by Edward J. Peterson III on behalf of Defendant Raj S. Ambay (related document(s)[1]). (Peterson, Edward) Doc #4

**APPEARANCES:**: Amy Harris, Lynn Sherman

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Motion to Dismiss Adversary Proceeding Filed by Edward J. Peterson III on behalf of Defendant Raj S. Ambay (related document(s)[1]). (Peterson, Edward) Doc #4 -   Continued to 5/3/2021 at 1:30 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.