

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/03/2021 01:30 PM

COURTROOM   9A

## HONORABLE CARYL DELANO

CASE NUMBER: | FILING DATE:
---|---

**8:20-bk-05283-CED**     **Chapter 11**          **09/21/2020**

ADVERSARY:  **8:20-ap-00503-CED**          **Pltf Atty:**  Lynn Welter Sherman

                                                               **Dft Atty:** Edward J. Peterson

**DEBTOR:**            Raj S. Ambay

**HEARING:**

Genesis Surgery Center, LLC v. Ambay

Continued Motion to Dismiss Adversary Proceeding Filed by Edward J. Peterson III on behalf of Defendant Raj S. Ambay (related document(s)[1]). (Peterson, Edward) Doc #4

**APPEARANCES::**  Lynn Sherman, Amy Harris, Raj Ambay

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Motion to Dismiss Adversary Proceeding Filed by Edward J. Peterson III on behalf of Defendant Raj S. Ambay (related document(s)[1]). (Peterson, Edward) Doc #4 -   Continued to 6/7/2021 at 1:30 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.