ORDERED.

Dated: June 14, 2021

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAJ S. AMBAY, | Case No. 8:20-bk-5283-CED |
| Debtor. _____/ | |
| GENESIS SURGERY CENTER, LLC, a Florida limited liability company, | |
| Plaintiff, | Adv. Pro. No. 8:20-ap-00503-CED |
| v. | |
| RAJ S. AMBAY, | |
| Defendant. _____/ | |

### ORDER GRANTING DEBTOR'S MOTION TO CONTINUE JUNE 14, 2021 HEARING

THIS CASE came on for consideration without a hearing upon the *Debtor's Motion to Continue June 14, 2021 Hearing* (Adv. Doc. No. 21) (the "**Motion**")[1]. The Court, having

---

[1] Unless otherwise defined herein, capitalized terms have the same meanings ascribed to them in the Motion.

considered the Motion together with the record, finds that the Motion is well taken and should be granted. Accordingly, it is

    **ORDERED** that:

    1.    The Motion is granted.

    2.    The June 14, 2021 hearing on the Motion to Dismiss is continued to **July 19, 2021 at 1:30 pm**.

*Attorney Edward J. Peterson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*